## MOTION DOCKET

01–1353.   State ex rel. Tenace v. Ohio Court of Claims.
Franklin App. No. 01AP–64. On motion to supplement record and on motion for settlement agreement. Motions denied.